UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:13-MJ-1464-1

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Samuel A. Neill** | ) | |
| | ) | |

On April 6, 2016, Samuel A. Neill appeared before the Honorable Robert T. Numbers, II, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 21 U.S.C. §844(a), Simple Possession of Marijuana and was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on September 27, 2016, the court finds as a fact that Samuel A. Neill, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to notify the probation officer ten days prior to any change in residence.
2. Failure to participate as directed in a urinalysis program.
3. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 3 months with credit for 49 days served.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

Dated: September 28, 2016

_____
Robert T. Numbers, II
United States Magistrate Judge